

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER ON MOTION

Cause number:      01-15-00714-CV

Style:      In the Interest of S.R.H., A Child

Date motion filed[*]:      October 26, 2015

Type of motions:      First Motion for Extension of Time to File Appellant's Brief

Parties filing motions:   Appellant, D.C.

Document to be filed:   Appellant's Brief

Is appeal accelerated?      Yes.

If motion to extend time:

    Original due date:      September 28, 2015

    Number of extensions granted:     0     Current Due Date: November 3, 2015

    Date Requested:      November 23, 2015

Ordered that motion is:

    ☒ Granted

        If document is to be filed, document due: November 23, 2015.

        ☒     No further extensions of time will be granted.

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☒ Other: _____

    Because appellant's motion for extension of time to file appellant's brief contends that, among other reasons, more time is needed to consult with her client and his trial counsel, the motion is **granted, but no further extensions will be granted** given this is an accelerated appeal and the length of time requested. Accordingly, if appellant's brief is not filed by **November 23, 2015**, this case will be abated for the trial court to hold a hearing and appellant's counsel, Lana Shadwick, may be required to show cause why she should not be relieved of her duties after a finding of good cause. *See* TEX. FAM. CODE ANN. § 107.016(2) (West Supp. 2014).

Judge's signature: /s/ Laura Carter Higley
             ☒ Acting individually     ☐ Acting for the Court
Date: November 3, 2015

November 7, 2008 Revision